IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**BROOKE KATHLEEN YOUNG,**<br><br>*Defendant.* | Case No.   21-cr-233-JFH |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

### WIRE FRAUD
### [18 U.S.C. § 1343]

From on or about December 31, 2014 to on or about February 23, 2018, in the Eastern District of Oklahoma, the Defendant, **BROOKE KATHLEEN YOUNG**, devised and intended to devise a scheme to defraud M.H., and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, to wit: Defendant knowingly and fraudulently wrote checks from M.H. bank accounts made payable to Defendant to which Defendant was not entitled, and for purposes of executing the scheme transmitted and caused to be transmitted by means of wire communications in interstate commerce signals and sounds containing false and fraudulent financial records, in violation of Title 18, United States Code, Section 1343.

CHRISTOPHER J. WILSON
Acting United States Attorney

Christopher J. Wilson, OBA # 13801
Acting United States Attorney